UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-1428 CAS |
| ) | |
| UTI, UNITED STATES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on review of the file. On August 16, 2011, plaintiff Jennifer Price filed a complaint against UTi, United States, Inc. d/b/a/ UTi Intergrated Logistics ("UTi") and two unnamed defendants, "John Doe" and "Jane Roe." Without providing specifics, plaintiff identifies the two unnamed defendants as employees or agents of UTi, who "acted, directly or indirectly, in the interest of UTi in dealing with [plaintiff]'s leave of absence and subsequent termination." See Doc. 1 at 13.

"[A]n action may proceed against a party whose name is unknown [only] if the complaint makes allegations specific enough to permit the identity of the party to be ascertained after reasonable discovery." Estate of Rosenberg by Rosenberg v. Crandell, 56 F.3d 35, 37 (8th Cir. 1995) (quoting Munz v. Parr, 758 F.2d 1254, 1257 (8th Cir. 1985)). The Court has reviewed the allegations against these two unnamed defendants and finds plaintiff has failed to make factual allegations which are adequately specific to allow identification of these defendants. Therefore, the Court will on its own motion dismiss without prejudice plaintiff's claim against defendants "John Doe" and "Jane Roe." See id., 56 F.3d at 37.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants "John Doe" and "Jane Roe" are **DISMISSED** without prejudice.

*[signature]*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   23rd   day of January, 2012.